TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00559-CV






In re Paige Cox and Tawnya Cox






ORIGINAL PROCEEDING FROM TRAVIS COUNTY






PER CURIAM

 

 Relators Paige and Tawnya Cox filed a petition for writ of mandamus. The Texas
Department of Protective and Regulatory Services filed a response to the petition and filed a motion
for sanctions. 

 The petition for writ of mandamus is denied. The Department's motion for sanctions
is overruled. 


Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Filed: November 8, 2001

Do Not Publish